IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID WAYNE CLAUSON, GINA LARAE MANN and MICHAEL JOHN NICHOLS, JR.,<br><br>Defendants. | CR 25-57-BLG-WWM-3<br><br>ORDER RESETTING TRIAL AND PRETRIAL DEADLINES |

Defendant, Michael John Nichols, Jr., through his attorney, moves to continue the trial date of December 8, 2025, and extend the pretrial deadlines on the grounds that additional time is needed to conduct and complete investigations (Doc. 67 at 1). Based on the representations in the motion, the Court finds that the ends of justice served by granting a continuance outweigh the interests which the public and the Defendants have in a speedy trial, and that the period of delay is reasonable.

Therefore,

**IT IS HEREBY ORDERED** that the trial date of December 8, 2025, is **VACATED.**

1

**IT IS FURTHER ORDERED** that trial with a jury is reset for **9:00 a.m. on February 9, 2026,** before the Honorable William W. Mercer. The Court and counsel shall meet at 8:30 a.m. for a Final Pretrial Conference. For the purposes of the Speedy Trial Act, the days between the date of this Order and February 9, 2026, are excludable for all Defendants under 18 U.S.C. § 3161(h)(7)(A). All Defendants are carried along in this continuance. 18 U.S.C. § 3161(h)(6); *U.S. v. Butz,* 982 F.2d 1378, 1381 (9th Cir. 1993).

**IT IS FURTHER ORDERED** that the scheduling deadlines shall be reset as follows:

1. Trial with a jury and the following scheduling deadlines are reset as follows:

    | | |
    |---|---|
    | Pretrial Motions Deadline, including motions in limine: | **December 22, 2025** |
    | Expert Witness Disclosure: | **January 9, 2026** |
    | Motion for Change of Plea Deadline: | **January 26, 2026** |
    | Jury Instructions, Trial Briefs, and Trial Notebooks Deadline: | **February 2, 2026** |
    | Notice of Intent to Use Real-Time, Present Evidence Electronically or Video Conferencing for Witnesses: | **February 2, 2026** |

    ***ANY MOTIONS TO CONTINUE***

2

| | |
|---|---|
| **TRIAL Deadline*** *(In Order to Allow the Jury Clerk Sufficient Time to Notify Prospective Jurors); failure to comply may subject counsel to sanctions.* | **January 26, 2026** |
| Plea Agreement Deadline: | **48 hours prior to Change of Plea hearing** |

This schedule must be strictly adhered to by the parties.

To efficiently prepare for trial within the times set above,

**IT IS FURTHER ORDERED** that, unless specifically overridden by this Order, provisions in the previously issued scheduling order remain in full force and effect.

The Clerk of Court is directed to notify the parties of the making of this order.

DATED this 21st day of November, 2025

                                               WILLIAM W. MERCER
                                               UNITED STATES DISTRICT JUDGE

---

*A motion to continue filed by defense counsel must include a suggested future date or time frame for the Court's use in resetting the trial. In addition, defense counsel is directed to notify the Court in the motion whether the defendant is in custody.