# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GINA LARAE CLAUSON aka GINA LARAE MANN,<br><br>Defendant. | CR 25-57-BLG-WWM-2<br><br>ORDER AMENDING CAPTION |

At the July 30th hearing, Defendant represented that her legal and preferred name is Gina Larae Clauson. Accordingly,

**IT IS HEREBY ORDERED** that the caption in this case shall be amended. Going forward, CR 25-57-WWM-2 *United States of America vs. Gina Larae Mann* shall be restyled as *United States of America vs. Gina Larae Clauson aka Gina Larae Mann.*

**IT IS FURTHER ORDERED** the Clerk of Court shall amend the docket to reflect the new caption.[1]

The Clerk of Court is directed to notify the parties of the making of this Order.

---

[1] Existing docket entries need not be amended.

DATED this 31st day of July, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE